MARSHALL THOMSON et al., as Administrators of the Estate of JENNIE M. THOMSON, Deceased, Appellants, *v.* MALCOLM C. MCNAUGHT, Respondent.

*Thomson* v. *McNaught,* 151 App. Div. 912, appeal dismissed.
(Argued April 1, 1913; decided April 15, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 5, 1912, which affirmed an order of Special Term setting aside a verdict in favor of plaintiffs and granting

a new trial in an action to recover upon promissory notes.

*George A. Fisher* for appellants.

*A. G. Patterson* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., WILLARD BARTLETT, HISCOCK, CHASE, CUDDEBACK, HOGAN and MILLER, JJ.